**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL MUSICIANS, LOCAL 47, AMERICAN FEDERATION OF MUSICIANS, AFL-CIO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WEBERWORKS/TRIDENT PRODUCTIONS; and JEFF WEBER,<br><br>　　　　Respondents. | No. CV 08–6938 PA (PJWx)<br><br>JUDGMENT |

In accordance with the Court's May 18, 2009 order granting petitioner Professional Musicians, Local 47, American Federation of Musicians, AFL-CIO's ("Petitioner") petition to confirm an arbitration award,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Opinion and Award issued by the Professional Musicians, Local 47 Hearing Board in July, 2007, is confirmed in all respects;

2. Petitioner shall recover from respondents Weberworks/Trident Productions and Jeff Weber ("Respondents"), jointly and severally, the amount of $3,570.53 representing the arbitration award;

3. Petitioner shall recover post-judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961(a) and (b);

4. Petitioner shall recover from Respondents its attorneys' fees in the amount of $2,250.00;

5. Petitioner shall recover its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: June 16, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE